**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01580-CV

## MICHAEL LODISPOTO, Appellant

## V.

## ADI RUVOLO, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03660-2012**

## ORDER

Before the Court is appellant's January 23, 2013 unopposed motion to extend time to file appellant's brief.  We **GRANT** appellant's motion.  The brief received by the Court on January 24, 2013 is **ORDERED**  filed as of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE